March 30, 2020

Dear Judge Caproni,

This was a very difficult and unusual month for me. I had a few medical issues that I dealt with and as a result I wasn't able to complete any community service hours. I developed an infected abscess this month and I started to feel very sick. I finally went to the hospital after several days of feeling ill and they were able to treat my abscess, which I am thankful for.

I have been in touch with Encompass Media Group to ask if I'd be able to volunteer at their human resource center soon. The company has a booth where volunteers give out Obama phones and help needy community members apply for government benefits. I'm waiting on a response, but I probably won't get one until the company opens back up after the COVID-19 crisis ends.

My college has also been shut down due to the coronavirus. So far I haven't received any information on when my college will re-open. I am currently speaking to my professors for guidance in this situation and I am trying to see if I can do some schoolwork online. A lot of people are getting sick and we are advised to stay inside by police.

I've been attending my weekly counseling for Probation now over the phone as well because of the virus, and that is going well. I'm hoping this is all over soon and next month things can be back to normal. I also hope you are staying safe during this difficult time.

From,
/s/_____
Patrick Jordan