**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/21
```

By ECF

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York

**Re: United States v. Patrick Jordan, 17 Cr. 05 (VEC)**

Dear Judge Caproni:

I write in response to the Court's order at ECF No. 94 requiring that Mr. Jordan "produce a doctor's note stating whether he is capable of performing light work for several hours per day." Mr. Jordan was unable to secure an examination by his doctor—which is a precursor to his obtaining the note—prior to September 30, 2021. I accordingly respectfully request that the Court permit Mr. Jordan to provide the doctor's note with his regularly scheduled update letter on October 1, 2021.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc: Alison G. Moe, Esq.

---

Application GRANTED.

SO ORDERED.

*[signature]* 9/15/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE