```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                    :
                                             :    17-CR-005 (VEC)
                -against-                    :
                                             :    ORDER
PATRICK JORDAN                               :
                                             :
                           Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference was held on October 25, 2021, at 10:00 a.m.; and

WHEREAS due to a miscommunication, counsel for both parties were not aware of the conference;

IT IS HEREBY ORDERED THAT the parties must appear for a status conference on **Monday, November 1, 2021, at 10:30 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED THAT at the conference, Mr. Jordan and his attorney should be prepared to propose a plan regarding the completion of Mr. Jordan's community service hours (according to Probation, he has successfully completed 204 of the 600 hours required at the time of sentence[1]) and payment of the remainder of his special assessment (to date, $20 has been paid of the $100 imposed).

IT IS FURTHER ORDERED THAT interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0050#.

---

[1] In 2019, the originally imposed requirement of 150 hours of community service per year was modified to 15 hours per month, based on the Probation Office's belief that Mr. Jordan would do better with smaller, short-term obligations. That obligation yields a somewhat longer annual requirement (15x12=180). For purposes of formulating a plan, the Defendant should assume that the Court will adhere to the originally-imposed requirement of 150 hours/year for a 4-year term of Probation, for a grand total of 600 hours.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact Chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date:  October 25, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**