```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,                 :
                                              :         17-CR-005 (VEC)
             -against-                        :
                                              :            ORDER
    PATRICK JORDAN,                           :
                                              :
                              Defendant.      :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/21

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference was held on November 1, 2021, at 10:30 a.m.;

IT IS HEREBY ORDERED THAT for the reasons stated on the record at the November 1, 2021 conference, Mr. Jordan's term of probation is extended for an additional year, until **January 25, 2023.** Mr. Jordan must complete the balance of community service hours ordered as part of his original sentence (396 hours) by that time.

IT IS FURTHER ORDERED that the special condition that Defendant must write to the Court once each month, with the letter due on the first business day of the month, extends until the end of the term of probation.

IT IS FURTHER ORDERED THAT Defendant must complete a minimum of seven hours of community service per week, to be confirmed *each week* with the Probation Office.

IT IS FURTHER ORDERED that the Probation Office is ordered to notify the Court immediately of any week in which Mr. Jordan has failed to complete seven hours of confirmable community service.

IT IS FURTHER ORDERED that Mr. Jordan must provide community service under the aegis of an organization of than the company for which his father works.

IT IS FURTHER ORDERED that Defendant is reminded that it is a standard condition of probation that he be either employed full time or a full-time student, and the obligation to perform community service does not substitute for that obligation.

IT IS FURTHER ORDERED that Defendant must pay $20 of his outstanding Special Assessment today, **Monday, November 1, 2021**, and must pay the balance ($60) no later than **Tuesday, November 2, 2021**.

**SO ORDERED.**

Date:  November 1, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**