```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/2/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

       -against-

PATRICK JORDAN,

                           Defendant.
-------------------------------------------------------------- X

17-CR-005 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 1, 2021, the Court extended Mr. Jordan's term of probation for an additional year and ordered him to complete a minimum of seven hours of community service per week and reiterated the longstanding condition of probation that he must either be a full-time student or be employed full time, *see* Dkt. 99 at 1–2;

    WHEREAS the Court also extended the special condition that Mr. Jordan write to the Court once each month regarding his progress, *see id.* at 1;

    WHEREAS in his letters from December, January, and February, *see* Dkts. 101, 104–05, Mr. Jordan has revealed that he has not re-enrolled as a full-time student or begun gainful employment, though he continues to represent with no specifics that he has been searching for full-time employment;

    WHEREAS Mr. Jordan's letters also reflect that he is continuing to fall behind his weekly community service obligations (specifically, from November 1, 2021 through January 31, 2022 (13 weeks) he should have completed 91 hours of community service; accepting as

entirely accurate Mr. Jordan's self-reports, he has satisfied only 79 hour during that time period), *see* Dkts. 101, 104–05;[1]

WHEREAS for approximately two years, Mr. Jordan has neither been a full-time student nor been employed full-time;[2]

WHEREAS the Court has made clear to Mr. Jordan that he must prioritize both working a 40-hour workweek and performing seven hours of community service per week in tandem, *see* Tr., Dkt. 102 at 17;

WHEREAS the Court believes that keeping an activity log will help Mr. Jordan better organize his job search efforts and community service obligations and will better inform the Court on appropriate next steps vis-à-vis Mr. Jordan's current non-compliance with the conditions of Probation;

IT IS HEREBY ORDERED THAT for the two-week period from **February 7, 2022**, until **February 21, 2022**, Mr. Jordan must keep a contemporaneous log of everything he does each day and he must submit the log for the preceding week to the Court and to his Probation Officer on Monday, February 14, 2022 (covering the period February 7 through February 13) and Monday, February 21, 2022 (covering the period February 14 through February 20).  The log must include hourly entries beginning from the time Mr. Jordan rises and ending at the time he retires for the evening.  Each entry must be populated with a description of how Mr. Jordan spent that hour (*e.g.*, showering; breakfast; lunch; dinner; watching TV; community service; commuting to community service; grocery shopping; job interviews (including the name of the

---

[1]  According to Mr. Jordan, he completed: 33 hours in November, *see* Dkt. 101; 22 hours through December 22, 2021, *see* Dkt. 104; and 24 hours in January, *see* Dkt. 105.  The Court has not verified all of those hours with the Probation Office.

[2]  The Court recognizes that, for part of that period, Mr. Jordan may have been physically unable to work.  *See* Letter, Dkt. 97.  Physical inability to work does not explain his persistent non-compliance with this condition.

person conducting the interview, the location of the interview, and the name of the prospective employer); completing job applications (including the name of the business, the position applied for, and the date the application was submitted); working out; etc.). When describing time occupied by searching for a job, Mr. Jordan must explain in detail precisely what he was doing to look for a job. By way of example, he must include the names of any individuals with whom he spoke regarding positions that may be available; search terms used in search engines for relevant work; the name(s) of the search engine utilized; emails he has sent; phone calls he has made; or specific online portals through which he has applied to positions.

**SO ORDERED.**

Date: February 2, 2022
New York, NY

      **VALERIE CAPRONI**
      **United States District Judge**