UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                         :

        -against-                                       :

                                                       :

PATRICK JORDAN                                     :

                                                       :

              Defendant.                     :

------------------------------------------------------------ X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:____3/2/22____ |

17-CR-005 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED THAT the parties must appear for a status conference on

**Thursday, March 10, 2022, at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S.

Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date:  March 2, 2022**
      **New York, NY**

_____
               **VALERIE CAPRONI**
           **United States District Judge**