**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___6/9/22___

June 9, 2022

By ECF

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York

**Re:  United States v. Patrick Jordan, 17 Cr. 05 (VEC)**

Dear Judge Caproni:

I write to respectfully request that the Court modify Patrick Jordan's conditions of supervised release to permit him to end his time at his Residential Re-entry Center (RRC) immediately. Probation consents to this request. The Government defers to Probation.

At the March 10, 2022 conference in this matter, the Court ordered Mr. Jordan to spend up to 90 days at the RRC, but allowed for the possibility that he could be released from the RRC early depending on his progress. *See* ECF No. 113 at 18. Mr. Jordan entered the RRC on March 24, and so has spent about 77 days there so far. In that time he has made substantial progress. As the Court knows from his monthly update letters, he has performed a significant quantity of community service and, thankfully, found a job. He has been employed at Sweetgreen on 34th Street since May 5, meaning he has now held the job for over a month. His general manager informed me in an email that Mr. Jordan "has been nothing less than an outstanding employee":

> On Wed, Jun 8, 2022, 2:28 PM Jaime Latorre <jaime.latorre@sweetgreen.com> wrote:
> Wednesday June 8th, 2022
>
> To whom it may concern,
>
> This letter is in regards to Patrick Jordans work performance.
>
> Patrick has been with us a little over a month now and he has been nothing less than an outstanding employee. Patrick has shown us that he is a great fit and he is very responsible. He has done his job with no issues and continues to improve.
>
> If you have any questions please do not hesitate to contact me.
>
> Jaime Latorre Jr
> General Manager
> Sweetgreen | Penn Plaza | NYC

Hon. Valerie E. Caproni [2]
United States District Judge

Re:  United States v. Patrick Jordan, 17 Cr. 05 (VEC)

Given this progress, I respectfully request that the Court permit Mr. Jordan to end his time at the RRC and return home. As noted, Probation consents. Probation has asked that I note for the Court that "there is at least 48 hours turnover, so that the RRC can process his release, if the court allows him to complete earlier than the June 22, 2022, date."

Thank you for your attention to this request.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Alison G. Moe, Esq.
      Ji'vonne H. Gilmore, USPO

---

Application GRANTED. Mr. Jordan may leave the Residual Re-entry Center ("RRC") by June 13, 2022, or such earlier date as the RRC can process his release. All other mandatory, standard, and special conditions of supervised release, including completion of Mr. Jordan's outstanding community service hours, the filing of a monthly status report, and Mr. Jordan maintaining full-time employment, as outlined in the Amended Judgment in a Criminal Case at Docket 111, remain in effect. SO ORDERED.

6/9/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE